1 │ GORDON R. MUIR, ESQ.
  │ NEVADA BAR NO. 632
2 │ HAWKINS, FOLSOM & MUIR
  │ One East Liberty Street, Suite 416
3 │ P.O. Box 750
  │ Reno, NV 89504
4 │ Telephone: (775) 786-4646
  │ Facsimile: (775)786-7334
5 │ gmuirltd@aol.com
  │ ATTORNEYS FOR PLAINTIFF
6 │
7 │                    UNITED STATES DISTRICT COURT
8 │                       DISTRICT OF NEVADA
9 │
  │ NANETTA L. PADGETT,                    )
10│                                        )
  │                      Plaintiff,        )
11│                                        )   CASE NO.: 3:11-CV-00445-ECR-WGC
  │            vs.                         )
12│                                        )
  │ UNITED RENTALS, INC., a                )   **STIPULATION AND ORDER**
13│ Nevada corporation;                    )   **FOR DISMISSAL WITH**
  │ UNITED RENTALS NORTHWEST, INC., )           **PREJUDICE**
14│ an Oregon corporation; AON             )
  │ CONSULTING, INC., a New Jersey         )
15│ corporation; CIGNA CORPORATION, )           ORDER GRANTING
  │ a foreign corporation, doing           )
16│ business as CIGNA GROUP                )
  │ INSURANCE; NATIONAL EMPLOYEE           )
17│ BENEFIT COMPANIES, INC.,               )
  │ a Rhode Island corporation;            )
18│ LIFE INSURANCE COMPANY OF NORTH )
  │ AMERICA, a Pennsylvania                )
19│ corporation; DOES I-X and              )
  │ CORPORATIONS I-X,                      )
20│ _____       )
  │                      Defendants.       )
21│
22│     **COMES NOW**, Plaintiff NANETTA L. PADGETT by and through her
23│ attorney, GORDON R. MUIR, ESQ., and Defendant AON CONSULTING, INC.,
24│ by and through its attorney, FRANK C. GILMORE, ESQ., and they do
25│ hereby stipulate and agree that the above-referenced matter shall be
26│ dismissed with prejudice as to AON CONSULTING, INC., each party to
27│ pay their own taxable costs of court and legal fees.
28│ / / /

                              -1-

1    We hereby affirm that this document does not contain a social

2  security number.

3    DATED this ___4th___ day of May, 2012.

4  HAWKINS, FOLSOM & MUIR                ROBISON, BELAUSTEGUUI, SHARP
                                         AND LOW, P.C.
5

6  By _____         By _____
     GORDON R. MUIR, ESQ.                   FRANK C. GILMORE, ESQ.
7    Nevada Bar No. 632                     Nevada Bar No. 10052
     One East Liberty Street               71 Washington Street
8    Suite 416                              Reno, Nevada 89503
     Post Office Box 750                    (775) 329-3151
9    Reno, Nevada 89504                     (775) 329-7941 (fax)
     (775) 786-4646                          Attorneys for Defendant
10   (775) 786-7334 (fax)                    AON CONSULTING, INC.
     Attorneys for Plaintiff
11   NANETTA L. PADGETT

12

13

14
                   **ORDER GRANTING STIPULATION FOR**
15                 **DISMISSAL WITH PREJUDICE**

16    **BE IT REMEMBERED,** that on this day came on to be considered the

17  above  cause,  and  the  Stipulation  for  Dismissal  With  Prejudice

18  between Plaintiff Nanetta L. Padgett and Defendant AON Consulting,

19  Inc.   The  Court,  after  considering  the  stipulation,  is  of  the

20  opinion  that  the  stipulation  should  be  accepted  and  the  case

21  dismissed with prejudice.

22    **IT IS THEREFORE ORDERED** that each and every cause of action

23  alleged  by  Plaintiff  Nanetta  L.  Padgett  against  Defendant  AON

24  Consulting,  Inc.  in  the  above-captioned  case  be  and  is  hereby

25  dismissed with prejudice to the refiling of same or any part

26  thereof.

27  / / /

28  / / /

-2-

1      **IT IS FURTHER ORDERED** that taxable court costs herein incurred

2  shall be taxed against the parties incurring the same.

3      **SIGNED** this 10th day of May 2012.

4

5                           U.S. DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

−3−

**HAWKINS, FOLSOM & MUIR**
One East Liberty St., Ste. 416 • P.O. Box 750
Reno, Nevada 89504
Telephone (775) 786-4646